JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 21-2043 JGB (SHKx)** | Date | February 1, 2022 |
| Title | *Jesus Anguiano, et al. v. National General Insurance Company, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):

None                                                          None

**Proceedings:**     Order GRANTING the Joint Stipulation to Remand (Dkt. No. 8.)

The Court, having reviewed the parties' Joint Stipulation to Remand Case to San Bernardino County Superior Court, and for good cause show, hereby APPROVES the stipulation.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**